[Nos. 18237-8-II; 18501-6-II.     Division Two.     August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN F.
FLYNN III, *Appellant*.

*In the Matter of the Personal Restraint of* JOHN F.
FLYNN III, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-04150-2, Donald H. Thompson, J., entered
May 17, 1994, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition

*dismissed* by unpublished opinion per Morgan, J., concurred in by Turner and Armstrong, JJ.